Decided January 20, 2012

## STATE OF CONNECTICUT *v.* SAID KENDRICK

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 132 Conn. App. 473 (AC 31896), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court improperly denied the defendant's motion

to suppress based upon the exigent circumstances of a warrantless entry?"

The Supreme Court docket number is SC 18914.

*Marjorie Allen Dauster*, senior assistant state's attorney, in support of the petition.

*James B. Streeto*, assistant public defender, in opposition.

Decided January 20, 2012